Maxwell et al. *v.* Southeastern Pennsylvania Transportation Authority, Appellant, et al.

Argued March 17, 1976. *Janice L. Kolber,* with her *Emil F. Toften* and *Joseph F. Keener, Jr.,* for appellant; *Paul J. Drucker,* with him *Bernard M. Gross,* and *Gross & Sklar,* for appellees.

Order affirmed.